UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**VICTOR EVERETTE SILVERS**
a/k/a VICTOR E. SILVERS

SUPERSEDING INDICTMENT

NO. 5:18-CR-50-TBR
18 U.S.C. § 7
18 U.S.C. § 922(g)(8)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1111(a)
18 U.S.C. § 1111(b)
18 U.S.C. § 1113
18 U.S.C. § 1956(c)(7)
18 U.S.C. § 2261(a)(1)
18 U.S.C. § 2261(b)(1)
18 U.S.C. § 2262(a)(1)
18 U.S.C. § 2262(b)(1)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(First Degree Murder (Premeditated))*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, a place within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Brittney Niecol Silvers, by shooting the victim with a firearm.

In violation of Title 18, United States Code, Section 1111(a) and (b).

The Grand Jury further charges:

## COUNT 2
*(Attempted First Degree Murder (Premeditated))*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, a place within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did attempt to kill J.F.K. III, by shooting at the victim with a firearm.

In violation of Title 18, United States Code, Section 1113.

The Grand Jury further charges:

## COUNT 3
*(Domestic Violence)*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, and elsewhere, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, traveled in interstate commerce and was present within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7, with the intent to kill, injure, harass, and intimidate, Brittney Niecol Silvers, a spouse of said defendant, and while in the course of and as a result of such travel and presence, committed and attempted to commit First Degree Murder (Premeditated), a crime of violence against Brittney Niecol Silvers, and the death of the victim resulted.

In violation of Title 18, United States Code, Section 2261(a)(1) and (b)(1).

The Grand Jury further charges:

## COUNT 4
*(Violation of Protection Order)*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, and elsewhere, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, traveled in interstate commerce and was present within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7, with the intent to engage in conduct that would violate the portion of a protection order issued by the Christian Family Court, Christian County, Kentucky, in case number 18-D-256-001, that provided protection against violence, threats, and harassment against, prohibited contact and communication with, and prohibited physical proximity to, the victim, Brittney Niecol Silvers, and did subsequently engage in such conduct, and the death of the victim resulted.

In violation of Title 18, United States Code, Section 2262(a)(1) and (b)(1).

The Grand Jury further charges:

## COUNT 5
*(Possession of Firearm by Prohibited Person)*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, a place within the special maritime and territorial jurisdiction of the United States, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, who was subject to a court order issued on October 9, 2018, by the Christian Family Court, Christian County, Kentucky, in case number 18-D-256-001, issued after a hearing of which he received actual notice, and at which he had an opportunity to

participate, restraining him from harassing, stalking, or threatening Brittney Niecol Silvers, an intimate partner as defined in Title 18, United States Code, Section 921(a)(32), and the order by its terms explicitly prohibited the use, attempted use, and threatened use of physical force against Brittney Niecol Silvers that would reasonably be expected to cause bodily injury, did knowingly possess a firearm, that is a Smith and Wesson, model M&P 9 Shield, 9 millimeter caliber semiautomatic pistol, bearing serial number HZB5092, and ammunition, that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

The Grand Jury further charges:

## COUNT 6
*(Use/Carry/Discharge Firearm During and in Relation to a Crime of Violence)*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, did knowingly carry, use, and discharge a firearm, that is a Smith and Wesson, model M&P 9 Shield, 9 millimeter caliber semiautomatic pistol, bearing serial number HZB5092, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the offense described in Count 1 of this Superseding Indictment.

In violation of Title 18, United Stated Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 7
*(Use/Carry/Discharge Firearm During and in Relation to a Crime of Violence)*

On or about October 14, 2018, in the Western District of Kentucky, Christian County, Kentucky, on the Fort Campbell, Kentucky military installation, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, did knowingly carry, use, and discharge a firearm, that is a Smith and Wesson, model M&P 9 Shield, 9 millimeter caliber semiautomatic pistol, bearing serial number HZB5092, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the offense described in Count 2 of this Superseding Indictment.

In violation of Title 18, United Stated Code, Section 924(c)(1)(A).

## NOTICE OF SPECIAL FINDINGS AS TO COUNT 1 – (First Degree Murder (Premeditated))

1. **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, was more than 18 years of age at the time of the offense. (18. U.S.C. § 3591(a)).

2. **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, intentionally killed the victim. (18. U.S.C. § 3591(a)(2)(A)).

3. **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, intentionally inflicted serious bodily injury that resulted in the death of the victim. (18 U.S.C. § 3591(a)(2)(B)).

4. **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that

participation in the act constituted a reckless disregard for human life, and the victim died as a direct result of the act. (18 U.S.C. § 3591 (a)(2)(D)).

5. **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein:

    a. during the commission of the offense, or in escaping apprehension for the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense. (18 U.S.C. § 3592(c)(5)).

    b. committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the victim. (18 U.S.C. § 3592(c)(6)).

    c. committed the offense after substantial planning and premeditation to cause the death of a person. (18 U.S.C. § 3592(c)(9)).

    d. killed or attempted to kill more than one person in a single criminal episode. (18 U.S.C. § 3592(c)(16)).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 1111(a) and (b), as specifically charged in Count 1 of this Indictment, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of said offense.

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2), as specifically charged in Count 4 of this Indictment, and offenses in

violation of Title 18, United States Code, Sections 924(c)(1)(A), as specifically charged in Counts 5 and 6 of this Indictment, **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to the Smith and Wesson, model M&P 9 Shield, 9 millimeter caliber semiautomatic pistol, bearing serial number HZB5092, and ammunition.

A TRUE BILL.

FOREPERSON

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:SAH/LAD

UNITED STATES OF AMERICA v. **VICTOR EVERETTE SILVERS** a/k/a VICTOR E. SILVERS

## PENALTIES

| | |
|---|---|
| Count 1: | Death or Life Imprisonment/$250,000 Fine/both/NM 5 yrs. Supervised Release |
| Count 2: | NM 20 yrs./250,000 Fine/both/NM 5 yrs. Supervised Release |
| Count 3: | NM Life/250,000 Fine/both/NM 5 yrs. Supervised Release |
| Count 4: | NM Life/$250,000/both/NM 5 yrs. Supervised Release |
| Count 5: | NM 10 yrs./$250,000 Fine/both/NM 3 yrs. Supervised Release |
| Count 6: | NL 10 yrs./NM Life/$250,000/both (consecutive) |
| Count 7: | NL 25 yrs./NM Life/$250,000 Fine/both (consecutive) |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | | |
|---|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | | Felony: | $100 per count/individual |
| | $125 per count/other | | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.