UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION



UNITED STATES OF AMERICA

v.   No. 5:18-cr-50

VICTOR EVERETTE SILVERS

## Verdict – Count 1

1\. With respect to Count 1 (First-Degree Murder), we the jury unanimously find the Defendant

    GUILTY __X__   NOT GUILTY _____

*If you answered not guilty in response to the prior question, please proceed to the next question on this page. If you answered guilty, skip to the next page.*

2\. With respect to the lesser-included offense of Second-Degree Murder, we the jury unanimously find the Defendant

    GUILTY _____   NOT GUILTY _____

*If you answered not guilty in response to the prior question, please proceed to the next question on this page. If you answered guilty, skip to the next page.*

3\. With respect to the lesser-included offense of Voluntary Manslaughter, we the jury unanimously find the Defendant

    GUILTY _____   NOT GUILTY _____

16



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA

v.  No. 5:18-cr-50

VICTOR EVERETTE SILVERS

## Verdict – Count 2

**1.** With respect to Count 2 (Attempted Murder), we the jury unanimously find the Defendant

GUILTY __X__ NOT GUILTY _____

*If you answered not guilty in response to the prior question, please proceed to the next question on this page. If you answered guilty, skip to the next page.*

**2.** With respect to the lesser-included offense of attempted voluntary manslaughter, we the jury unanimously find the Defendant

GUILTY _____ NOT GUILTY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
JAMES J. VILT, JR. - CLERK
DEC 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.   No. 5:18-cr-50

VICTOR EVERETTE SILVERS

### Verdict – Count 3

With respect to Count 2 (Domestic Violence Resulting in Death), we the jury unanimously find the Defendant

GUILTY __X__   NOT GUILTY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

*FILED*
*JAMES J. VILT, JR. - CLERK*
*DEC 07 2022*
*U.S. DISTRICT COURT*
*WEST'N. DIST. KENTUCKY*

UNITED STATES OF AMERICA

v.                                                                                     No. 5:18-cr-50

VICTOR EVERETTE SILVERS

### Verdict – Count 4

With respect to Count 4 (Violation of a Protection Order Resulting in Death), we the jury unanimously find the Defendant

GUILTY __X__ NOT GUILTY _____

19

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA

v.  No. 5:18-cr-50

VICTOR EVERETTE SILVERS

<u>**Verdict – Count 5**</u>

With respect to Count 5 (Unlawful Possession of a Firearm), we the jury unanimously find the Defendant

GUILTY __X__   NOT GUILTY _____

20

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION



UNITED STATES OF AMERICA

v.                                                                                    No. 5:18-cr-50

VICTOR EVERETTE SILVERS

### Verdict – Count 6

With respect to Count 6 (Discharge of a Firearm During and in Relation to a Crime of Violence Resulting in Death), we the jury unanimously find the Defendant

GUILTY __X__ NOT GUILTY _____


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
JAMES J. VILT, JR. - CLERK
DEC 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.                                                                              No. 5:18-cr-50

VICTOR EVERETTE SILVERS

## Verdict – Count 7

With respect to Count 7 (Discharge of a Firearm During and in Relation to a Crime of Violence), we the jury unanimously find the Defendant

GUILTY __X__   NOT GUILTY _____